# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.             **Crim. No. 4:98-CR-9-1H**

**CARLOS SHENICK WHITE**

On November 13, 2015, the above named was released from prison and commenced a term of supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: July 18, 2018 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of July 2018.

_____  
Malcolm J. Howard  
Senior U.S. District Judge